

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Robert Elester Latham,                    * From the 104th District
                                            Court of Taylor County,
                                            Trial Court No. 18793B.

Vs. No. 11-14-00124-CR                    * May 19, 2016

The State of Texas,                       * Memorandum Opinion by Bailey, J.
                                            (Panel consists of: Wright, C.J.,
                                            Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that the "Statute for Offense" in this case is "**22.02(a)(1) Penal Code**," rather than "**22.02(B)(1) Penal Code**." As modified, we affirm the judgment of the trial court.